**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ERIKA L. VAN CROFT, | |
| Plaintiff, | Civil Action No. 22-3383 (JMC) |
| v. | |
| PATRICK C. HORRELL, et al., | |
| Defendants. | |

## <u>ORDER</u>

For the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendants' Motion to Dismiss, ECF No. 14, is **GRANTED**, and this matter is hereby **DISMISSED** pursuant to Federal Rules 12(b)(1) and 12(b)(6).

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

DATE: October 17, 2023

_____
Jia M. Cobb
U.S. District Court Judge